Louis J. Cohen, SBN 123968
Louis J. Cohen, a Prof. Corp.
28720 Roadside Drive, Suite 273
Agoura Hills, California 91301
(818) 889-5777
(818) 991-6999 (fax)
louiscohen@msn.com

Michael A. Sullivan
Finch McCranie, LLP
225 Peachtree St., N.E., 1700 South Tower
Atlanta, GA 30303
Telephone: (404) 658-9070
Facsimile: (404) 688-0649
msullivan@finchmccranie.com

G. Mark Simpson
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA 30236
(678) 610-1994
(678) 302-8721 (fax)
mark@marksimpsonlaw.com

*Counsel for Plaintiff-Relator*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL], <br><br> Plaintiffs, <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendants | No. SACV 08-0458 JVS (RCx) <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE <br><br> **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

1

1  Louis J. Cohen, SBN 123968
2  Louis J. Cohen, a Prof. Corp.
   28720 Roadside Drive, Suite 273
3  Agoura Hills, California 91301
4  (818) 889-5777
   (818) 991-6999 (fax)
5  louiscohen@msn.com
6
7  Michael A. Sullivan
   Finch McCranie, LLP
8  225 Peachtree St., N.E., 1700 South Tower
   Atlanta, GA 30303
9  Telephone: (404) 658-9070
10 Facsimile: (404) 688-0649
11 msullivan@finchmccranie.com
12 G. Mark Simpson
13 Simpson Law Firm, LLC
   165 North Main Street
14 Jonesboro, GA 30236
15 (678) 610-1994
   (678) 302-8721 (fax)
16 mark@marksimpsonlaw.com
17
18 *Counsel for Plaintiff-Relator*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DENNIS O'CONNOR, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERISITY OF CALIFORNIA-IRVINE SCHOOL OF MEDICINE; UC IRVINE HEALTHCARE; UNIVERSITY | Case No. SACV 08-0458 AG (Rcx) <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE <br><br> [LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b) (2) AND (3)] |

2

| | |
|---|---|
| PHYSICIANS & SURGEONS; UNIVERSITY PHYSICIANS BILLING GROUP; CYNTHIA ANDERSON, M.D.; PETER BREEN, M.D.; ANN B. WONG, M.D.; DEBRA MORRISON, M.D.; HO CHOI, M.D.; LISA JUDGE, M.D.; VALERIE MAKARICKM, M.D., | ) ) ) ) ) ) ) ) |
| Defendants | ) ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), and pursuant to a compromise and settlement in this action, Relator hereby submits this Notice of Dismissal Without Prejudice.

Because the False Claims Act, 31 U.S.C. § 3730 (b)(1), requires the consent of the United States to any dismissal, Relator anticipates that the United States will file the appropriate documents shortly.

This 18th day of March, 2013.

                                    Respectfully submitted,

                                    Louis J. Cohen
                                    SBN 123968
                                    Louis J. Cohen, a Prof. Corp.
                                    28720 Roadside Drive, Suite 273
                                    Agoura Hills, California 91301
                                    (818) 889-5777
                                    (818) 991-6999 (fax)
                                    louiscohen@msn.com

Michael A. Sullivan
Georgia Bar No. 691431
Finch McCranie, LLP
225 Peachtree St., Suite 1700
Atlanta, Georgia 30303
(404) 658-9070
(404) 688-0649 (fax)
msullivan@finchmccranie.com

G. Mark Simpson
Georgia Bar No. 647725
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA 30236
(678) 610-1994
(678) 302-8721 (fax)
mark@marksimpsonlaw.com

Attorneys for Plaintiff-Relator

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2013, I served the foregoing via email and U.S. Mail on the United States:

> Carolyn B. Tapie, Esq.
> Civil Division
> U.S. Department of Justice
> P.O. Box 261
> Ben Franklin Station
> Washington, D.C. 20044

_____
Louis J. Cohen