MICHAEL D. GRANSTON
ALAN E. KLEINBURD
CAROLYN B. TAPIE
Civil Division
U.S. Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3669
    Facsimile: (202) 514-0280
    E-mail: carolyn.b.tapie@usdoj.gov

Attorneys for the
United States of America

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL],<br><br>    Plaintiffs,<br><br>v.<br><br>[UNDER SEAL],<br><br>    Defendants. | NO. SACV 08-0458 JVS (RCx)<br><br>[~~PROPOSED~~] ORDER<br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES OF AMERICA'S CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE.] |

LODGED
2013 MAR 20 PM
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

1 | MICHAEL D. GRANSTON
ALAN E. KLEINBURD
2 | CAROLYN B. TAPIE
Civil Division
3 | U.S. Department of Justice
P.O. Box 261
4 | Ben Franklin Station
Washington, D.C. 20044
5 | Telephone: (202) 305-3669
Facsimile: (202) 514-0280
6 | E-mail: carolyn.b.tapie@usdoj.gov

7 | Attorneys for the
United States of America
8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | SOUTHERN DIVISION

12 | UNITED STATES OF AMERICA ex rel.) NO. SACV 08-0458 JVS (RCx)
DENNIS O'CONNOR, M.D.,
13 | ) [PROPOSED] ORDER
Plaintiffs,
14 | ) [LODGED UNDER SEAL PURSUANT TO
v. ) THE FALSE CLAIMS ACT, 31 U.S.C.
15 | ) §§ 3730(b)(2) AND (3)]
UNIVERSITY OF CALIFORNIA-IRVINE )
16 | SCHOOL OF MEDICINE; UC IRVINE ) [FILED CONCURRENTLY UNDER SEAL:
HEALTHCARE; UNIVERSITY ) UNITED STATES OF AMERICA'S
17 | PHYSICIANS & SURGEONS; ) CONSENT TO VOLUNTARY DISMISSAL
UNIVERSITY PHYSICIANS BILLING ) WITHOUT PREJUDICE.]
18 | GROUP; CYNTHIA ANDERSON, M.D.;
PETER BREEN, M.D.; ANN B. WONG,
19 | M.D.; DEBRA MORRISON, M.D.; HO
CHOI, M.D.; LISA JUDGE, M.D.;
20 | VALERIE MAKARICK, M.D.,

21 | Defendants.

22

23 | [PROPOSED] ORDER

24 | The United States of America having consented pursuant to 31

25 | U.S.C. § 3730(b)(1) to dismissal of this civil action, the Court

26 | rules as follows:

27 | IT IS HEREBY ORDERED that:

28 | 1. This civil action is dismissed without prejudice;

2. The Complaint, this Order, the Relator's Notice of Dismissal, and the United States of America's Consent to Dismissal be unsealed. All other contents of the Court's file shall remain under seal and not be made public or served upon defendants; and

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

DATED: 3.21.13

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **March 20, 2013**, I served

[PROPOSED] ORDER

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the

ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **March 20, 2013**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

**SEE ATTACHED.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **March 20, 2013** at Los Angeles, California.

CAROL M. YBARRA

1 **SERVICE LIST**

2
3 Louis J. Cohen, Esq.
 28720 Roadside Drive, Suite 273
 Agoura Hills, CA   91301